PEOPLE v PRESLEY. Appeal from Genesee, Philip C. Elliott, J. Submitted Division 2 February 1, 1972, at Detroit. (Docket No. 12358.) Decided February 21, 1972. Leave to appeal denied, 387 Mich 790.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor

General, *Robert F. Leonard,* Prosecuting Attorney, *Donald A. Kuebler,* Chief Assistant Prosecuting Attorney, and *Joel B. Saxe,* Assistant Prosecuting Attorney, for the people.

*Arthur J. Tarnow,* State Appellate Defender, and *James R. Neuhard,* Assistant Defender, for defendant.

Before: V. J. BRENNAN, P. J., and J. H. GILLIS and O'HARA, JJ.

MEMORANDUM OPINION. Defendant was convicted of assault with intent to rob while armed, and appeals. The people have filed a motion to affirm.

Upon examination of the briefs and record, it is manifest that the questions sought to be reviewed are so unsubstantial as to need no argument or formal submission. *People* v *Malkowski,* 385 Mich 244, 247 (1971).

Motion to affirm granted.